




2023 SEP -7 PM 4:08

From: Logan Lefkowitz
3128 Henry Hudson Parkway, Apt. 505
Bronx, New York 10463

To: LAURA TAYLOR SWAIN, Chief United States District Judge
500 Pearl Street, New York, NY 10007.

Regarding: Complaint# 23-CV-5813, LOGAN LEFKOWITZ, Plaintiff, against ROBERT GAULT, ET AL.

Honorable Judge, I am writing to inform the court that a Complaint, # 23-CV-5813 was filed with the clerk's office on June 30, 2023, without my knowledge or consent. I did not sign this complaint. The signature that is on the complaint is not mine. Furthermore, the address listed on the complaint next to both of the signatures is not my actual residence. The address is a fraudulent law firm associated with an individual that has forged my name and has defrauded me by impersonating a lawyer in NY state and charging me 5,000.00 dollars for his fraudulent services.

In the past few months, I was in contact with an individual who represented to me that he was an attorney. I had conversations with him and he agreed to represent me in a case concerning my reinstatement to the New York City Police Department. He informed me that as an attorney representing me, he was going to file a complaint with the Federal Court and that the Judge would be Laura Taylor Swain. Since this transpired between myself and the man purporting himself to be an attorney, I have become aware that he is not a license attorney in the State of New York, and I am no longer in contact with him. This individual forged my name on the Complaint, #23-CV-5813. Based upon the above, I am respectfully requesting that this complaint not be accepted by the court and this complaint be discontinued, null and void. Also, I would like for the court to be aware that this individual who uses

the company names Prospection Law and Legal Prospection with the name Sean Patrick Mescall or S. Patrick Mescall or R. Rocco with an address of 442 5 Avenue suite 1552, NY NY 10018 might very still be active and continuing to victimize people and defraud the courts. There is currently an active police investigation with the NYPD under Complaint # 2023-50-4655.

I would also like to know if this person violated any federal laws by forging my name in Federal Court and if so, how to go about reporting this incident to the right jurisdiction or authority. I need to know what the next step to take is.

Respectfully
Logan Lefkowitz
Retired Sergeant
NYPD

State of: New York County of: Bronx
On this 30 Day of AUG, 2023, before me, the undersigned Notary Public, personally appeared LOGAN J LEFKOWITZ
proved through satisfactory evidence of Identification, which were DL, to be the person whose name is signed on the preceding or attached document and acknowledged

Josefina Martinez Notary Public
My commission expires: May. 27th. 2027

PRESS FIRMLY TO SEAL

EAL

Retail

U.S. POSTAGE PAID
PM
BRONX, NY 10463
AUG 30, 2023

10007

$17.55

R2304Y122670-1

RDC 01 0 Lb 1.60 Oz

UNITED STATES POSTAL SERVICE ® | PRIORITY® MAIL

FROM: Logan Lefkowitz
3128 Henry Hudson Parkway
Apt 505, Bronx NY 10463

■ E... specified for domestic use.
■ I... ude $100 of insurance (restrictions apply).*
■ I... ncluded for domestic and many international destinations.
■ I... rance.**
■ I... y, a customs declaration form is required.

*In... items. For details regarding claims exclusions see the
Do... .usps.com.
** ... t http://pe.usps.com for availability and limitations of coverage.

7022 1670 0002 3327 1445

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

CERTIFIED MAIL

7022 1670 0002 3327 1445

F... ENVELOPE
O... GHT

Pro Se Intake

SDNY USM 3

TO: Chief Judge Laura Taylor Swain
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

TRACKED ■ INS... kup,

PS00001000014

EP14F July 2022
OD: 12 1/2 x 9 1/2

USPS.COM/PICKUP

2023 SEP -7 PM 4:04

SDNY PRO SE OFFICE

This package is made from post-consumer waste. Please recycle - again.

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; July 2022; All rights reserved.